UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

M.R., et al.,

        Plaintiffs,

  v.

SUSAN DREYFUS, et al.,

        Defendants.

No. C10-2052Z

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiffs' motion for a temporary restraining order and a preliminary injunction, docket no. 11, is DENIED in part and DEFERRED in part as follows:

        (a)    The Court DENIES the motion for a temporary restraining order and will issue a separate Order explaining its reasons for denying plaintiffs' motion as soon as possible;

        (b)    The Court DEFERS the motion for a preliminary injunction pending oral argument scheduled for January 14, 2011.

    (2)    Plaintiffs' motion for a preliminary injunction, docket no. 11, is RENOTED to January 14, 2011. Defendants' responses to plaintiffs' motion for a preliminary injunction and plaintiffs' motion for class certification are due on January 7, 2011, and plaintiffs' replies are due on January 11, 2011.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Filed and entered this 30th day of December, 2010.

                WILLIAM M. McCOOL, Clerk

                s/ Claudia Hawney
        By _____
                Claudia Hawney
                Deputy Clerk

MINUTE ORDER - 1