Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| M.R., S.J., C.B., D.W., A.B., M.B., An.B, J.B., K.S., T.M., A.R., M.J.B., J.H., H.C., THE ARC OF WASHINGTON, SERVICE EMPLOYEES INTERNATIONAL UNION HEALTHCARE 775NW and PUGET SOUND ALLIANCE FOR RETIRED AMERICANS,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN DREYFUS, in her professional capacity as Secretary of Washington State Department of Social and Health Services and WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, a Department of the State of Washington,<br><br>Defendants. | No. 2:10-cv-02052-TSZ<br><br>*EX PARTE* MOTION FOR STAY PENDING APPEAL<br><br>NOTE ON MOTION CALENDAR: Thursday, February 10, 2011. |

COMES NOW, the Plaintiffs, by and through their attorneys of record, Andrea Brenneke, and MacDonald Hoague & Bayless, and Stacey Leyton and Altshuler Berzon, and moves this Court under Fed. R. Civ. Pro. 62(c) for an order staying this Court's February 9, 2011 Order denying Plaintiffs' motion for preliminary injunction (Dkt. 171) pending Plaintiffs' appeal of that order. *See* Amended Notice of Appeal (Dkt. 174).  In the alternative, Plaintiffs request that this Court issue a 30-day stay of its order to provide the Ninth Circuit Court of Appeals the opportunity to resolve in a more considered manner Plaintiffs' soon-to-be filed motion for emergency stay of this Court's preliminary injunction denial.

Under Rule 62(c), this Court may "make orders appropriate to preserve the status quo

*EX PARTE* MOTION FOR STAY PENDING APPEAL
(2:10-cv-02052-TSZ) - 1

10099.1 eb101201

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

while the case is pending in the appellate court." *U.S. v. El-O-Pathic Pharmacy*, 192 F.2d 62, 79 (9th Cir. 1951) (citing *Newton v. Consolidated Gas Co. of New York*, 258 U.S. 165, 177 (1922)).

When deciding "whether to issue a stay pending appeal, the court considers: (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Humane Soc'y of the United States v. Gutierrez*, 527 F.3d 788, 789-90 (9th Cir. 2008); *see* Wright & Miller, 11 Fed. Pract. & Proc. Civ., §2904 Injunction Pending Appeal (2d ed. 2010) (same standard applies to district court's evaluation of whether to issue a stay pending appeal under Rule 62(c) as applies to an appellate court's evaluation of whether to issue such a stay under Rule 62(g) (citing cases)).

Because the applicable standard is substantively the same as the standard for a preliminary injunction, Plaintiffs request this stay based on the evidence and arguments previously presented to this Court in briefing and argument on Plaintiffs' motion for preliminary injunction. *See* Dkt. 95, 155. In addition, the balance of equities and public interest favors Plaintiffs even more so here than in the case of Plaintiffs' preliminary injunction motion, because granting a stay pending appeal will avoid the possibility that Defendants will send beneficiary notices re-imposing the hours cuts, only to have the Ninth Circuit Court of Appeals again stay the hours cuts in response to a motion for emergency stay pending appeal. Moreover, under Ninth Circuit Rule 3-3, Plaintiffs' preliminary injunction appeal will receive expedited attention, and should be resolved in a matter of months, whereas trial on the merits in the Court would not likely be resolved until far later. Thus, through this motion for stay pending appeal Plaintiffs request more limited relief than they did in their preliminary injunction motion.

Finally, Plaintiffs request that this Court rule on this motion for stay pending appeal as soon as reasonably possible and if at all possible prior to Friday, February 11, 2011. Defendants have informed Plaintiffs' counsel that Defendants plan to send new notices to personal care service beneficiaries on Friday, February 18, 2011, informing beneficiaries of this Court's

*EX PARTE* MOTION FOR STAY PENDING APPEAL
 (2:10-cv-02052-TSZ) - 2

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

10099.1 eb101201

1  preliminary injunction denial and re-imposing the hours cuts at issue in this lawsuit. 6th

2  Brenneke Decl. ¶5. As such, if Plaintiffs need to seek an emergency stay from the Ninth Circuit

3  Court of Appeals, it will be necessary to request that such a stay issue no later than Thursday,

4  February 17, 2011. If this Court does not grant a stay, the Ninth Circuit will require adequate

5  time to consider the parties' arguments and rule on the matter; Plaintiffs therefore request a

6  ruling from this Court prior to February 11, 2011 so that an emergency stay application can be

7  filed with the Ninth Circuit, if necessary, and the issue of the stay can be resolved before

8  February 17, 2011 to avoid the unnecessary and additional notices to beneficiaries.

9  In the alternative, Plaintiffs request that this Court issue a 30-day stay of its order to

10 provide the Ninth Circuit Court of Appeals the opportunity to resolve Plaintiffs' soon-to-be filed

11 motion for emergency stay of this Court's preliminary injunction denial in a more considered

12 manner, avoiding the need for the Ninth Circuit to resolve Plaintiffs' emergency motion before

13 Defendants' planned mailing on Friday, February 18, 2011.

14 For the foregoing reasons, this Court should stay its February 9, 2011 Order denying

15 Plaintiffs' motion for a preliminary injunction pending appeal of that order, or, in the alternative,

16 issue a stay of that order for 30days.

17 DATED this 10th day of February, 2011.

18 MacDONALD HOAGUE & BAYLESS    ALTSHULER BERZON LLP

19

20 By: _/s/ Andrea Brenneke_____        By: _/s/ Stacey Leyton_____
    Andrea Brenneke, WSBA # 22027        Stacey Leyton, CABA #203827
21  Attorneys for Plaintiffs             *Pro hac vice* Attorneys for Plaintiffs

22

23

24

25

26

27

*EX PARTE* MOTION FOR STAY PENDING APPEAL
 (2:10-cv-02052-TSZ) - 3

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

10099.1 eb101201

Case 2:10-cv-02052-TSZ   Document 176   Filed 02/10/11   Page 4 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2011, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrea Brenneke   andreab@mhb.com, jenniferk@mhb.com, julieg@mhb.com, larondb@mhb.com

Edward Joseph Dee   edward.dee@atg.wa.gov, cherylc1@atg.wa.gov, corrinnes@atg.wa.gov, kathya@atg.wa.gov

Jonathon Bashford   JonB@atg.wa.gov

Regan Rush   regan.rush@usdoj.gov

Stacey Leyton   sleyton@altshulerberzon.com, croberts@altber.com, ecervantez@altber.com, lkapros@altber.com, mmurray@altber.com, mwatson@altber.com

William Bruce Work   brucew@atg.wa.gov, cherylc1@atg.wa.gov, Corrinnes@atg.wa.gov, kathya@atg.wa.gov

William T Stephens   bills3@atg.wa.gov, Bstephens@harbornet.com, sharonp@atg.wa.gov

DATED this 10th day of February, 2011.

ALTSHULER BERZON LLP

By:   */s/ Stacey Leyton*
Stacey Leyton, CABA #203827
*pro hac vice* Attorneys for Plaintiffs

*EX PARTE* MOTION FOR STAY PENDING APPEAL
(2:10-cv-02052-TSZ) - 4

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

10099.1 eb101201