Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| M.R., S.J., C.B., D.W., A.B., M.B., An.B., J.B., K.S., T.M., A.R., M.J.B., J.H., H.C., THE ARC OF WASHINGTON, SERVICE EMPLOYEES INTERNATIONAL UNION HEALTHCARE 775NW and PUGET SOUND ALLIANCE FOR RETIRED AMERICANS,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN DREYFUS, in her professional capacity as Secretary of Washington State Department of Social and Health Services and WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, a Department of the State of Washington,<br><br>Defendants. | No. 2:10-cv-02052-TSZ<br><br>PLAINTIFFS' REPLY IN SUPPORT OF THEIR *EX PARTE* MOTION FOR STAY PENDING APPEAL |

Plaintiffs filed the Motion for Stay of this Court's February 9, 2011 Order denying Plaintiffs' Motion for Preliminary Injunction (Dkt. 171) pending Plaintiffs' appeal of that order. *See* Amended Notice of Appeal (Dkt. 174). Such a stay is intended to cover the gap in time between this Court's order and the Ninth Circuit's decision on the merits of that expedited appeal, or, in the alternative, for 30 days to allow the Ninth Circuit more time to consider Plaintiffs' Second Emergency Motion for an Injunction Pending Appeal. See Plaintiffs Motion for Stay (Dkt. 176). Plaintiffs *do not* seek an injunction beyond the time necessary for the Ninth Circuit to make a substantive ruling. *Cf.* Defendants' Response to Plaintiffs' Motion for Stay, Dkt. 180, at page 4.

PLAINTIFFS' REPLY IN SUPPORT OF THEIR *EX PARTE* MOTION
FOR STAY PENDING APPEAL (2:10-cv-02052-TSZ) - 1

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

10099.1 eb156321

1       Plaintiffs' request for a stay is appropriate under Fed. R. Civ. Pro. 62(c).  It would: avoid disruption in Plaintiffs' needed Medicaid benefits during the court proceedings; avoid interim mailings by the State reducing benefits followed by another set of mailings by the State once again re-instating benefits if the Ninth Circuit provides emergency relief or reverses this Court's preliminary injunction ruling; and provide the Ninth Circuit more time to review the appellate briefing and consider Plaintiffs' Emergency Motion.  See Plaintiffs' Motion for Stay, Dkt. 176, 2-3.

      Plaintiffs filed their Second Emergency Motion with the Ninth Circuit on Friday, February 11, 2011.  Yesterday, the Ninth Circuit set a briefing schedule on the emergency motion; it reflects Defendants' request that the Ninth Circuit rule on or before February 18, 2011 to enable the State to make changes to or stop, if necessary, its planned notice to beneficiaries reinstating the reductions, which currently is scheduled to be sent on or about February 23, 2011.  If this Court were to stay its decision pending a ruling by the Ninth Circuit on the merits of Plaintiffs' Preliminary Injunction appeal, or grant a short, 30-day stay, it would allow the Ninth Circuit more time to make a considered ruling on Plaintiff's Emergency Motion while sparing the State the expense of sending out multiple rounds of notices reducing and then re-instating benefits.

      While Plaintiffs continue to believe that the law and the overwhelming evidence submitted to this Court in support of Plaintiffs' Motion for Preliminary Injunction (Dkts. 95, 155 and supporting documents) justify this stay, and justified the relief originally sought by Plaintiffs in that motion, they also recognize the Court has issued its Order and an appeal is pending on it.  Plaintiffs *do not* intend this motion for stay to be a motion for reconsideration of the Court's Order.  Plaintiffs simply request that this Court allow the Ninth Circuit more time to consider their motion and appeal, without putting the State to the expense of multiple notices if the Ninth Circuit ultimately reverses this Court's preliminary injunction decision.

PLAINTIFFS' REPLY IN SUPPORT OF THEIR *EX PARTE* MOTION
FOR STAY PENDING APPEAL (2:10-cv-02052-TSZ) - 2

10099.1 eb156321

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1  DATED this 15th day of February, 2011.

2  MacDONALD HOAGUE & BAYLESS     ALTSHULER BERZON

4  By:  */s/ Andrea Brenneke*           By:  */s/ Stacey Leyton*
       Andrea Brenneke, WSBA # 22027         Stacey Leyton, CABA #203827
       Attorneys for Plaintiffs               *pro hac vice* Attorneys for Plaintiffs

PLAINTIFFS' REPLY IN SUPPORT OF THEIR *EX PARTE* MOTION
FOR STAY PENDING APPEAL (2:10-cv-02052-TSZ) - 3

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

10099.1 eb156321

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Edward Joseph Dee**
  edward.dee@atg.wa.gov,corrinnes@atg.wa.gov,kathya@atg.wa.gov,cherylc1@atg.wa.gov
- **Stacey Leyton**
  sleyton@altshulerberzon.com,mmurray@altber.com,croberts@altber.com,lkapros@altber.com
- **William T Stephens**
  bills3@atg.wa.gov,sharonp@atg.wa.gov,Bstephens@harbornet.com
- **William Bruce Work**
  brucew@atg.wa.gov,kathya@atg.wa.gov,cherylc1@atg.wa.gov,Corrinnes@atg.wa.gov

DATED this 15th day of February, 2011.

MacDONALD HOAGUE & BAYLESS

By: _/s/ Andrea Brenneke_
Andrea Brenneke, WSBA # 22027
Attorneys for Plaintiffs

PLAINTIFFS' REPLY IN SUPPORT OF THEIR *EX PARTE* MOTION
FOR STAY PENDING APPEAL (2:10-cv-02052-TSZ) - 4

10099.1 eb156321

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961