Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| M.R., S.J., C.B., D.W., A.B., M.B., An.B., J.B., K.S., T.M., A.R., M.J.B., J.H., H.C., THE ARC OF WASHINGTON, SERVICE EMPLOYEES INTERNATIONAL UNION HEALTHCARE 775NW and PUGET SOUND ALLIANCE FOR RETIRED AMERICANS,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN DREYFUS, in her professional capacity as Secretary of Washington State Department of Social and Health Services and WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, a Department of the State of Washington,<br><br>Defendants. | No. 2:10-cv-02052-TSZ<br><br>STIPULATED MOTION AND ORDER WITHDRAWING MOTIONS AND EXTENDING CASE SCHEDULE FOR 40 DAYS |

Plaintiffs and Defendants hereby jointly request that the Court approve the parties' request to withdraw the currently pending cross-motions for partial summary judgment (Dkts. 269, 275) and extend the case schedule for 40 days, to permit the parties to engage in settlement discussions aimed at resolving the case.

Defendants initially filed a motion for partial summary judgment on due process on May 23, 2013 and noted that motion for June 14, 2013. Dkt. 269. The Court subsequently renoted that motion, based on the parties' joint request, for July 19, 2013. Dkt. 274. Plaintiffs subsequently filed a cross-motion for partial summary judgment on due process and noted that

STIPULATED MOTION AND ORDER TO WITHDRAW MOTIONS
AND EXTEND CASE SCHEDULE (2:10-cv-02052-TSZ) - 1

No. 2:10-cv-02052-TSZ
10099.1 ge081201

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1 cross-motion for July 19, 2013. Dkt. 275. The cross-motions are fully briefed except for
2 Plaintiffs' reply in support of their cross-motion.

3 Plaintiffs and Defendants have made initial disclosures, propounded discovery requests,
4 produced documents in response to discovery requests, and met and conferred regarding
5 discovery issues in anticipation of upcoming motions deadlines. August 29, 2013 is the current
6 deadline for filing dispositive motions as to which aggregate data is not required, and
7 December 5, 2013 is the current deadline for any and all other dispositive motions. Dkt. 274.

8 The parties intend to engage in settlement discussions aimed at resolution of this case
9 and agree that staying all parties' discovery and motions obligations would be helpful in
10 facilitating those discussions. The parties also agree that 40 days are needed in order to
11 determine whether settlement can be reached. The parties therefore jointly propose the
12 following:

- Defendants' motion for partial summary judgment on due process (Dkt. 269) and Plaintiffs' cross-motion for partial summary judgment on due process (Dkt. 275) are hereby withdrawn;
- The August 29, 2013 and December 5, 2013 deadlines shall be postponed by 40 days to October 8, 2013 and January 14, 2014;
- The parties' discovery obligations shall be stayed for the next 40 days;
- The parties shall file a joint status report no later than August 30, 2013 informing the Court of the status of settlement discussions;
- If the parties report that they have not resolved the case, Defendants' motion (Dkt. 269), Plaintiffs' cross-motion (Dkt. 275), Defendant's Reply and Cross Response (Dkt. 278) shall be re-instated and renoted for September 6, 2013, with Plaintiffs' reply in support of cross-motion due at that time.

Respectfully and jointly submitted and stipulated to this 18th day of July, 2013.

STIPULATED MOTION AND ORDER TO WITHDRAW MOTIONS
AND EXTEND CASE SCHEDULE (2:10-cv-02052-TSZ) - 2

No. 2:10-cv-02052-TSZ
10099.1 ge081201

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

| MacDONALD HOAGUE & BAYLESS | ALTSHULER BERZON LLP |
|---|---|
| By: /s/ *Katrin E. Frank*<br>    Katrin E. Frank, WSBA #14786<br>    Attorneys for Plaintiffs | By: /s/ *Stacey Leyton*<br>    Stacey Leyton, CABA #203827<br>    *pro hac vice* Attorneys for Plaintiffs |

WASHINGTON STATE ATTORNEY GENERAL

By: /s/ *John K. McIlhenny, Jr.*
    William Bruce Work, WSBA # 33824
    bills3@atg.wa.gov
    Jonathan Bashford, WSBA # 39299
    JonB@atg.wa.gov
    John K. McIlhenny, Jr., WSBA # 32195
    johnm5@atg.wa.gov
    Attorneys for Defendant

DATED this 18th day of July, 2013.

## **ORDER**

The parties' stipulated motion, docket no. 281, is GRANTED, and the Court now orders the following:

- Defendants' motion for partial summary judgment on due process (Dkt. 269) and Plaintiffs' cross-motion for partial summary judgment on due process (Dkt. 275) are withdrawn;

- The August 29, 2013 and December 5, 2013 deadlines for dispositive motions are postponed by 40 days to October 8, 2013 and January 14, 2014, respectively;

- The parties' discovery obligations are stayed for the next 40 days;

- The parties shall file a joint status report no later than August 30, 2013, informing the Court of the status of settlement discussions;

STIPULATED MOTION AND ORDER TO WITHDRAW MOTIONS
AND EXTEND CASE SCHEDULE (2:10-cv-02052-TSZ) - 3

No. 2:10-cv-02052-TSZ
10099.1 ge081201

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

- If the parties report that they have not resolved the case, Defendants' motion (Dkt. 269) and Plaintiffs' cross-motion (Dkt. 275) shall be reinstated and noted for September 6, 2013, with Plaintiffs' reply in support of cross-motion due at that time.

DATED this 22nd day of July, 2013.

THOMAS S. ZILLY
United States District Judge

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By:   /s/ Katrin E. Frank
Katrin E. Frank, WSBA #14786
Attorneys for Plaintiff

ALTSHULER BERZON LLP

By:   /s/ Stacey Leyton
Stacey Leyton, CABA #203827
*Pro hac vice* Attorneys for Plaintiffs

WASHINGTON STATE ATTORNEY GENERAL

By:   /s/ John K. McIlhenny, Jr.
William Bruce Work, WSBA # 33824
bills3@atg.wa.gov
Jonathan Bashford, WSBA # 39299
JonB@atg.wa.gov
John K. McIlhenny, Jr., WSBA # 32195
johnm5@atg.wa.gov
Attorneys for Defendant

STIPULATED MOTION AND ORDER TO WITHDRAW MOTIONS
AND EXTEND CASE SCHEDULE (2:10-cv-02052-TSZ) - 4

No. 2:10-cv-02052-TSZ
10099.1 ge081201

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961