Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| M.R., S.J., C.B., D.W., A.B., M.B., An.B., J.B., K.S., T.M., A.R., M.J.B., J.H., H.C., THE ARC OF WASHINGTON, SERVICE EMPLOYEES INTERNATIONAL UNION HEALTHCARE 775NW and PUGET SOUND ALLIANCE FOR RETIRED AMERICANS,<br><br>                   Plaintiffs,<br><br>         v.<br><br>SUSAN DREYFUS, in her professional capacity as Secretary of Washington State Department of Social and Health Services and WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, a Department of the State of Washington,<br><br>                   Defendants. | No. 2:10-cv-02052-TSZ<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE FOR AN ADDITIONAL 21 DAYS<br><br>NOTE ON MOTION CALENDAR:<br>August 30, 2013 |

Plaintiffs and Defendants hereby jointly request that the Court extend the case schedule by an additional 21 days, to permit the parties to engage in further settlement discussions aimed at resolving the case.

On July 18, 2013, Plaintiffs and Defendants informed the Court that the parties intended to engage in settlement discussions aimed at resolution of the case and requested a 40-day stay of proceedings and accompanying 40-day postponement of deadlines in order to determine whether settlement could be reached. Dkt. 281. On July 22, 2013, this Court signed that stipulation and order, requiring the parties to file a joint status report regarding the settlement discussions no later than August 30, 2013. Dkt. 282.

STIPULATED MOTION AND [PROPOSED] ORDER TO FURTHER
EXTEND CASE SCHEDULE (2:10-cv-02052-TSZ) - 1

No. 2:10-cv-02052-TSZ
10099.1 ge081201

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

Plaintiffs and Defendants have engaged in and are continuing to engage in settlement discussions aimed at resolution of the case, believe that such a resolution is likely, but need an additional 21 days to determine whether settlement can be reached. Maintaining the stay of all parties' discovery and motions obligations during that time period would be helpful in facilitating those additional settlement discussions. The parties therefore jointly propose the following:

- The October 8, 2013 and January 14, 2014 deadlines for dispositive motions shall be postponed by 21 days to October 29, 2013 and February 4, 2014;
- The parties' discovery obligations shall be stayed for the next 21 days;
- The parties shall file a joint status report no later than September 20, 2013 informing the Court of the status of settlement discussions;
- If the parties report that they have not resolved the case, Defendants' motion for summary judgment on due process issues (Dkt. 269), Plaintiffs' cross-motion (Dkt. 275), and Defendant's reply and cross-response (Dkt. 278) shall be re-instated and renoted for September 27, 2013, with Plaintiffs' reply in support of cross-motion due at that time.

Respectfully and jointly submitted and stipulated to this 30th day of August 2013.

MacDONALD HOAGUE & BAYLESS

By: /s/ *Katrin E. Frank*_____
    Katrin E. Frank, WSBA #14786
    Attorneys for Plaintiffs

ALTSHULER BERZON LLP

By: /s/ *Stacey Leyton*_____
    Stacey Leyton, CABA #203827
    *pro hac vice* Attorneys for Plaintiffs

WASHINGTON STATE ATTORNEY GENERAL

By: /s/ *John K. McIlhenny, Jr.*_____
    William Bruce Work, WSBA # 33824
    bills3@atg.wa.gov
    Jonathan Bashford, WSBA # 39299
    JonB@atg.wa.gov
    John K. McIlhenny, Jr., WSBA # 32195
    johnm5@atg.wa.gov

STIPULATED MOTION AND [PROPOSED] ORDER TO FURTHER
EXTEND CASE SCHEDULE (2:10-cv-02052-TSZ) - 2

No. 2:10-cv-02052-TSZ
10099.1 ge081201

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Attorneys for Defendant

DATED this 30th day of August 2013.

# **ORDER**

The parties having stipulated, the Court now approves the stipulation and orders the following:

- The October 8, 2013 and January 14, 2014 deadlines are postponed to October 29, 2013 and February 4, 2014;
- The parties' discovery obligations are stayed for the next 21 days;
- The parties shall file a joint status report no later than September 20, 2013 informing the Court of the status of settlement discussions;
- If the parties report that they have not resolved the case, Defendants' motion (Dkt. 269) and Plaintiffs' cross-motion (Dkt. 275) shall be renoted for September 27, 2013, with Plaintiffs' reply in support of cross-motion due at that time.

DATED this ___ day of _____, 2013  _____
  Hon. Thomas S. Zilly
  United States District Court Judge

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By: */s/ Katrin E. Frank*
  Katrin E. Frank, WSBA #14786
  Attorneys for Plaintiff

ALTSHULER BERZON LLP

By: */s/ Stacey Leyton*
  Stacey Leyton, CABA #203827
  *Pro hac vice* Attorneys for Plaintiffs

STIPULATED MOTION AND [PROPOSED] ORDER TO FURTHER
EXTEND CASE SCHEDULE (2:10-cv-02052-TSZ) - 3

No. 2:10-cv-02052-TSZ
10099.1 ge081201

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1  WASHINGTON STATE ATTORNEY GENERAL

2

3  By:     /s/ *John K. McIlhenny, Jr.*
          William Bruce Work, WSBA # 33824
4         bills3@atg.wa.gov
          Jonathan Bashford, WSBA # 39299
5         JonB@atg.wa.gov
          John K. McIlhenny, Jr., WSBA # 32195
6         johnm5@atg.wa.gov
7         Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED] ORDER TO FURTHER
EXTEND CASE SCHEDULE (2:10-cv-02052-TSZ) - 4

No. 2:10-cv-02052-TSZ
10099.1 ge081201

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- John K McIlhenny    JohnM5@atg.wa.gov, christineh1@atg.wa.gov, kristib3@atg.wa.gov, pattij@atg.wa.gov, tamir@atg.wa.gov, theresaF@atg.wa.gov

- Jonathon Bashford    JonB@atg.wa.gov, DawnW@atg.wa.gov, kirstenr@atg.wa.gov, robertr2@atg.wa.gov

- Katrin E Frank    kayf@mhb.com, cotiw@mhb.com, julieg@mhb.com, maryk@mhb.com

- Matthew J Murray    mmurray@altber.com, dloranger@altber.com

- Regan Rush    regan.rush@usdoj.gov, mary.bohan@usdoj.gov

- Stacey Leyton    sleyton@altshulerberzon.com, arucker@altber.com, dloranger@altber.com, ecervantez@altber.com, lkapros@altber.com, mmurray@altber.com, sberzon@altber.com

- William Bruce Work    brucew@atg.wa.gov, CherylC1@atg.wa.gov, DawnW@atg.wa.gov, kathya@atg.wa.gov, rebeccaf1@atg.wa.gov, robertr2@atg.wa.gov

DATED this 30th day of August, 2013.

ALTSHULER BERZON LLP

By: /s/ *Stacey Leyton*
Stacey Leyton, CSBA #203827
*Pro hac vice* Attorneys for Plaintiffs

STIPULATED MOTION AND [PROPOSED] ORDER TO FURTHER EXTEND CASE SCHEDULE (2:10-cv-02052-TSZ) - 5

No. 2:10-cv-02052-TSZ
10099.1 ge081201

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961