Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| M.R., S.J., C.B., D.W., A.B., M.B., An.B, J.B., K.S., T.M., A.R., M.J.B., J.H., H.C., THE ARC OF WASHINGTON, SERVICE EMPLOYEES INTERNATIONAL UNION HEALTHCARE 775NW and PUGET SOUND ALLIANCE FOR RETIRED AMERICANS,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN DREYFUS, in her professional capacity as Secretary of Washington State Department of Social and Health Services and WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, a Department of the State of Washington,<br><br>Defendants. | No. 2:10-cv-02052-TSZ<br><br>NOTICE OF DEATH OF PARTIES |

In accordance with Rule 25(a), Katrin E. Frank, who is a representative of the deceased parties, notes the death during the pendency of this action of K.S., M.B., and H.C., Plaintiffs in the above entitled cause.

DATED September 20th, 2013.

| | |
|---|---|
| MacDONALD HOAGUE & BAYLESS<br><br>By: /s/ KEFrank<br>Katrin E. Frank, WSBN 14786<br>kayf@mhb.com<br>Attorneys for Plaintiffs | ALTSHULER BERZON<br><br>By: /s/<br>Stacey Leyton, CABA #203827<br>sleyton@altshulerberzon.com<br>*pro hac vice* Attorneys for Plaintiffs |

///

NOTICE OF DEATH OF PARTIES - 1
No. 2:10-cv-02052-TSZ

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

10099.1 gi163304

<mark>
</mark>

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

**Jonathon Bashford**
JonB@atg.wa.gov

**Edward Joseph Dee**
edward.dee@atg.wa.gov

**Department of Justice**
regan.rush@usdoj.gov

**Stacey Leyton**
sleyton@altshulerberzon.com

**Regan Rush**
regan.rush@usdoj.gov

**William T Stephens**
bills3@atg.wa.gov

**William Bruce Work**
brucew@atg.wa.gov

**John K. McIlhenny, Jr.**
johnm5@atg.wa.gov

DATED September 20, 2013.

Mary E. Klein, Legal Assistant
MacDonald Hoague & Bayless
705 2d Avenue, Suite 1500
Seattle, Washington 98104-1746
Tel 206-622-1604 / Fax 206-343-3961
maryk@mhb.com

NOTICE OF DEATH OF PARTIES - 2
No. 2:10-cv-02052-TSZ

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

10099.1 gi163304