UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

M.R., et al.,

            Plaintiffs,

   v.

SUSAN DREYFUS, et al.,

            Defendants.

C10-2052 TSZ

ORDER

     Counsel having telephonically advised the Court that this matter has been resolved and that no issue remains for the Court's determination,

     NOW, THEREFORE, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice and without costs.

     In the event that settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

     The Clerk is DIRECTED to close this case and to send a copy of this Order to all counsel of record.

     Dated this 20th day of September, 2013.

                                      /s/ Thomas S. Zilly
                                      THOMAS S. ZILLY
                                      United States District Judge

ORDER - 1